IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CULLEN AND CULLEN, LLC, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>M-QUBE, INC., et al.,<br><br>     Defendants. | NO. 8:13-cv-00172<br><br>Honorable Joseph Bataillon<br><br>DATE:   10/29/13<br>TIME:   9:00 a.m.<br>COURTROOM: 3 |

**EXPEDITED MOTION OF RICHARD GEIER OF WASHINGTON (1) TO INTERVENE FOR PURPOSE OF OBJECTING TO PROPOSED SETTLEMENT AND (2) TO POSTPONE PRELIMINARY APPROVAL HEARING**

  Richard Geier ("Mr. Geier") respectfully moves this Court on an expedited basis (1) to intervene as a Plaintiff in the above-captioned action for purpose of objecting to proposed settlement; and (2) to postpone ruling on motion for preliminary approval.

  This motion is based upon the memorandum of law in support filed contemporaneously herewith, the pleadings, records, and files herein which this Court may properly take judicial notice, and upon such other and further evidence and argument as the Court may receive prior to its decision.

  This motion should be expedited for several reasons. First, the motion for preliminary approval of the proposed class settlement (Dkt. No. 30) was filed less than two weeks ago. Second, the hearing on preliminary approval was scheduled for October 29 (tomorrow) less than one week ago. Third, there are significant problems with the proposed settlement as detailed in

- 2 -

the memorandum accompanying this motion, and good cause exists to postpone consideration of the preliminary approval.

      RESPECTFULLY SUBMITTED AND DATED this 28th day of October, 2013.

      HEINS MILLS & OLSON, P.L.C.

      By:   s/ Renae D. Steiner
            Renae D. Steiner
            Email: rsteiner@heinsmills.com
            310 Clifton Avenue
            Minneapolis, Minnesota 55403
            Telephone: (612) 338-4605

            Toby J. Marshall, *Pro Hac Vice Application*
              *to be Submitted*
            Email: tmarshall@tmdwlaw.com
            936 North 34th Street, Suite 300
            TERRELL MARSHALL DAUDT & WILLIE PLLC
            Seattle, Washington 98103-8869
            Telephone: (206) 816-6603
            Facsimile: (206) 350-3528

      *Attorneys for Intervenor-Plaintiff Richard A. Geier*

## CERTIFICATE OF SERVICE

I, Renae D. Steiner, hereby certify that on October 28, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ben Barnow, *Admitted Pro Hac Vice*
>Email: b.barnow@barnowlaw.com
>Blake A. Strautins, *Admitted Pro Hac Vice*
>Email: b.strautins@barnowlaw.com
>Erich P. Schork
>Email: e.schork@barnowlaw.com
>Sharon A. Harris, *Admitted Pro Hac Vice*
>Email: s.harris@barnowlaw.com
>BARNOW AND ASSOCIATES, P.C.
>One North LaSalle Street, Suite 4600
>Chicago, Illinois 60602
>Telephone: (312) 621-2000
>Facsimile: (312) 641-5504
>
>Ralph Phalen, *Admitted Pro Hac Vice*
>Attorney at Law
>Email: phalenlaw@yahoo.com
>1000 Broadway, Suite 400
>Kansas City Missouri 64105
>Telephone: (816) 589-0753
>Facsimile: (816) 471-1701
>
>*Proposed Class Counsel*
>
>Richard J. Schicker, Bar No. 13686
>Email: rschicker@teamschick.com
>LAW OFFICES OF RICHARD J. SCHICKER
>2809 South 160th Street, Suite 101
>Omaha, Nebraska 68130
>Telephone: (402) 344-4400
>Facsimile: (402) 344-2581

Mitchell L. Burgess, *Admitted Pro Hac Vice*
Email: mitch@burgessandlamb.com
BURGESS & LAMB, P.C.
1000 Broadway, Suite 400
Kansas City, Missouri 64105
Telephone: (816) 471-1700
Facsimile: (816) 471-1701

*Additional Plaintiff's Counsel*

Ari N. Rothman
Email: anrothman@venable.com
Molly T. Cusson, *Admitted Pro Hac Vice*
Email: mtcusson@venable.com
VENABLE LAW FIRM
575 7th Street, NW
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

John P. Passarelli
Email: john.passarelli@kutakrock.com
Paul R. Gwilt
Email: paul.gwilt@kutakrock.com
KUTAK, ROCK LAW FIRM - OMAHA
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

*Attorneys for Defendant M-Qube and Mobile Messenger Americas, Inc.*

Carrie S. Dolton
Email: cdolton@goberhilgers.com
Michael T. Hilgers
Email: mhilgers@goberhilgers.com
GOBER, HILGERS LAW FIRM
14301 FNB Parkway, Suite 100
Omaha, Nebraska 68154
Telephone: (402) 218-2106
Facsimile: (877) 437-5755

*Attorneys for CF Enterprises Pty. Ltd.*

- 5 -

DATED this 28th day of October, 2013.

        HEINS MILLS & OLSON, P.L.C.


     By: s/ Renae D. Steiner
       Renae D. Steiner
       Email: rsteiner@heinsmills.com
       310 Clifton Avenue
       Minneapolis, Minnesota 55403
       Telephone: 612-338-4605

*Attorneys for Plaintiff*