IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CULLAN AND CULLAN LLC, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>M-QUBE, INC., a Delaware corporation; MOBILE MESSENGER AMERICAS, INC., a Delaware Corporation; CF ENTERPRISES PTY., Ltd., an Australian Company; and JOHN DOES 1-200,<br><br>Defendants,<br><br>RICHARD GEIER,<br><br>Movant,<br><br>DAVID HANSON, and KRISTIAN KUNDER,<br><br>Intervenors. | 8:13CV172<br><br><br><br>ORDER |

This matter is before the court after a hearing on various motions on October 29, 2013.

IT IS ORDERED:

1. The parties and petitioning intervenors shall file additional briefing on or before **November 5, 2013**.

2. Any responses to the briefing shall be filed on or before **November 12, 2013**, at which time the motions to intervene will be considered submitted.

Dated this 29th day of October, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge