# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**M. Therese Bollerup**
**Chief Deputy Clerk**

November 13, 2013

Matthew J. Zuchetto
THE SCOTT LAW GROUP, P.S.
926 West Sprague, Suite 680
Spokane, WA 99201

RE:    Case No.   8:13cv172
           Cullan and Cullan LLC v. M-Qube et al

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

    X    Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

    X    Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

           Paid the 2013/2014 biennial attorney assessment fee, as required by NEGenR 1.7(h).

The necessary form(s) is/are attached for your use in complying with this request. If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. If you have already submitted the forms or taken the action required above, please disregard this letter. If you have any questions or concerns, please do not hesitate to contact our office.

                                    Sincerely,

                                    s/ Tiwauna Lawrence
                                    Deputy Clerk

Enclosures                                                                                   Forms-Attorney_Letter
                                                                                  Approved: February 25, 2008

111 South 18th Plaza, Suite 1152                                                                                   100 Centennial Mall North, Room 593
Omaha, NE 68102-1322                                                                                            Lincoln, NE 68508-3803
(402) 661-7350                                                                                                            (402) 437-1900
Fax: (402) 661-7387                                                                                                       Fax: (402) 437-1911
Toll Free: (866) 220-4381                                                                                Toll Free: (866) 220-4379

# UNITED STATES DISTRICT COURT
*District of Nebraska*
**APPLICATION FOR ADMISSION TO PRACTICE**
$176.00[1]

Provide case number if admission requested by court: _____
Appearing on behalf of: _____

I, _____, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _____ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

_____
(Bar Code if Bar Applicable)

_____   (Law Firm or Federal Agency)
_____   (Mailing Address)
_____   (City, State, Zip)
_____   (Telephone/Fax Number)

I, _____, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this ____ day of _____, 20__.   _____
(Signature of Applicant)
================================================================================

**(This portion must be completed and signed by either the clerk of the highest court in any state in which the applicant is admitted to practice OR by a member of the Bar of the United States District Court for the District of Nebraska).**

I hereby certify that the applicant is of good moral character and a member of the highest court of the state of _____ as certified by the applicant above.   DATED this ____ day of _____, 20__.

| | |
|---|---|
| **Clerk of the Supreme Court of the State of** _____ | **Member of Bar, U.S. District Court For the District of Nebraska** |
| **OR** | |
| _____ | _____ |
| **(Please sign name)** | **(Please sign name)** |
| _____ | _____ |
| **(Please print name)** | **(Please print name)** |
| | **NE Bar Code #** _____ |

================================================================================
IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska.

DATED this ____ day of _____, 20__.   _____
(Deputy Clerk)

Last update 5/25/06                                                n:\proc\forms\attyadm.wpd

---

[1] The $176.00 filing fee is waived for federal agency attorneys.

# UNITED STATES DISTRICT COURT
*District of Nebraska*

_____, Plaintiff,

Case No: _____

v.

Appearing on behalf of: _____

_____, Defendant.

## APPLICATION FOR ADMISSION PRO HAC VICE

I, _____, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _____ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

_____   (Law Firm)              _____
_____   (Mailing Address)       (Bar Code if Bar Applicable)
_____   (City, State, Zip)
_____   (Telephone/Fax Number)

I, _____, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this \_\_\_\_ day of _____, 20\_\_.     _____
                                                                                       (Signature of Petitioner)

==============================================================================

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the state of _____ as certified by the petitioner above. DATED this \_\_\_\_ day of _____, 20\_\_.

**Clerk of the Supreme Court of the State of** _____

_____
**(Please sign name)**

_____
**(Please print name)**

==============================================================================

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this \_\_\_\_ day of _____, 20\_\_.       _____
                                                                                         (Deputy Clerk)

COPIES MAILED ON _____
Last update 01/13/09

United States District Court
District of Nebraska

# ELECTRONIC CASE FILING SYSTEM REGISTRATION FORM
**PLEASE TYPE**

This form shall be used to register for accounts on the court's Case Management/Electronic Case Files (CM/ECF) system. Registered attorneys, pro se parties, and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents on the CM/ECF system.   The following information is required for registration:

First/Middle/Last Name: _____

Last Four Digits of Social Security Number:_____

Attorney Bar # and State (If Applicable): _____

Firm Name (If Applicable): _____

Firm/Home Address: _____

_____

Voice Phone Number:   _____

FAX Phone Number:   _____

Internet E-Mail Address:   _____

Additional E-Mail Address:   _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. The system is for use only in cases designated by the U.S. District Court for the District of Nebraska.  The system may be used to file and view electronic documents, docket sheets, and notices.

2. <u>Each person desiring to file pleadings or other papers electronically must complete and sign a Registration Form.</u> An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature.   Therefore, an attorney/participant must protect and secure the password issued by the court.   If the attorney/participant suspects the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, the attorney/participant must immediately notify the court. The court will immediately delete the password from the electronic filing system and issue a new password.

3. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper shall be signed by at least one attorney of record. If the party is not represented by an attorney, all papers shall be signed by the party. The electronic filing of a petition, pleading, motion, or other paper by an attorney or pro se party who is a registered participant in the Electronic Filing System constitutes the signature of that attorney or pro se party under Federal Rule of Civil Procedure11.

4. Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to

receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D);   (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), except with regard to service of a summons and complaint.   Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment.   Notice by electronic means is complete as set forth in Federal Rule of Civil Procedure 5(b)(2)(D) and 5(b)(3).

5.  A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center.   Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER.   A PACER login is required in addition to the password issued by the court.   To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6.  I consent to entry of my e-mail address into the court's CM/ECF mass e-mailing system.   I also agree to abide by the court's rules and procedures as set forth on the court's Web site at http://www.ned.uscourts.gov/attorney/local-rules.

Please return to:   U.S. District Court
District of Nebraska
Attn: ECF Registration
111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322

_____                                      _____

Date                                                                                                      Attorney/Participant Signature


Your login and password will be sent to you by e-mail to the Internet E-mail Address listed above.