IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CULLAN AND CULLAN LLC, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>M-QUBE, Inc. a Delaware corporation; MOBILE MESSENGER AMERICAS, Inc., a Delaware Corporation; CF ENTERPRISES PTY., Ltd., an Australian Company; and JOHN DOES 1-200,<br><br>Defendants. | 8:13CV172<br><br>ORDER |

This matter is before the court after a status conference on February 6, 2014. Pursuant thereto,

IT IS ORDERED:

1. The plaintiff's oral motion to submit a Motion for Preliminary Approval of Settlement is granted.

2. The plaintiffs shall file a motion for preliminary approval on or before February 21, 2014.

3. Responses to the motion shall be filed within two weeks thereafter, at which time the matter will be considered submitted.

4. Briefing on motions to dismiss or compel arbitration (Filing Nos. 17 and 20) and on the issue of transfer of venue (Filing No. 74) is stayed until further order of the court.

DATED this 7th day of February, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge