IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Cullan and Cullan LLC, on behalf of itself and all others similarly situated, | Case No. 8:13-cv-00172 |
| Plaintiff, | |
| v. | The Honorable Joseph F. Bataillon |
| m-Qube, Inc., *et al.*, | Magistrate Judge Thomas D. Thalken |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN
SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF
AMENDED AND RESTATED STIPULATION OF SETTLEMENT,
DISSEMINATION OF NOTICE, AND SETTING OF A FINAL FAIRNESS HEARING**

Plaintiff Cullan and Cullan LLC ("Plaintiff"), individually and on behalf of the Settlement Class, by and through counsel, move this Honorable Court for leave to file a reply in support of Plaintiff's Motion for Preliminary Approval of Amended and Restated Stipulation of Settlement, Dissemination of Notice, and Setting of Final Fairness Hearing ("Objection"). In support thereof, Plaintiff states as follows:

1. On March 17, 2014, Intervenor Geier's Response to Plaintiff's Motion for Preliminary Approval (the "Objection") was filed. The Objection includes misstatements of fact and makes assertions regarding the Amended and Restated Stipulation of Settlement ("Amended Settlement") that are unsupported by the record and without merit. To ensure an accurate and complete record in this matter, Plaintiff respectfully requests leave to file the proposed Reply attached hereto as Exhibit A.

2. The Objection includes misstatements of fact. For example, the Objection incorrectly asserts that Settling Parties failed to serve notice of the Amended Settlement on

governmental officials in violation of federal law. In fact, such notice of the Amended Settlement (and the previously proposed settlement) was served via certified first class mail in compliance with applicable law. *See* Supplemental Affidavit of Jeffrey D. Dahl ¶ 5, attached as Exhibit 1 to Plaintiff's proposed Reply.

3. The Objection also includes assertions regarding the amount of evidence presented in support of the Amended Settlement, the sufficiency of the Notice Plan, and the strength of the Amended Settlement that are unsupported by the record and without merit. For example, Geier's insufficient evidence objection largely ignores the facts and arguments presented by Plaintiff in support of preliminary approval and, instead, attempts to convince the Court to reject the Amended Settlement based on his estimate that Settlement Class members' TCPA claims alone may be worth in excess of $9 billion. Geier's estimate is separated from reality, as illustrated by his and his counsel's failure to assert a TCPA claim in Geier's pending Washington case.

4. Plaintiff submits that a reply to these contentions is necessary to ensure a true and complete record in this matter.

WHERERFORE, Plaintiff requests that this Honorable Court enter an Order granting Plaintiff leave to file the attached Reply to the Geier Objection, and granting any such other relief that the Court deems appropriate.

Dated: March 21, 2014

                                             Respectfully submitted,

                                             /s/ Ben Barnow_____
                                           One of the attorneys for Plaintiff

                                            Ben Barnow (*pro hac vice*)
                                            BARNOW AND ASSOCIATES, P.C.
                                            One North LaSalle Street, Suite 4600
                                            Chicago, IL 60602
                                            312-621-2000
                                            312-641-5504 fax
                                            b.barnow@barnowlaw.com

                                            Ralph Phalen (*pro hac vice*)
                                            Ralph K. Phalen, Attorney at Law
                                            1000 Broadway Ste. 400
                                            Kansas City Mo. 64105
                                            816-589-0753
                                            816-471-1701 fax
                                            phalenlaw@yahoo.com

                                            *Proposed Co-Lead Settlement Class Counsel*

                                            Richard J. Schicker
                                            Bar No. 13686
                                            Law Offices of Richard J. Schicker
                                            2809 So. 160th Street, Suite 101
                                            Omaha, NE 68130

                                            Mitchell L. Burgess (admitted *pro hac vice*)
                                            BURGESS & LAMB, P.C.
                                            1000 Broadway, Suite 400
                                            Kansas City, MO 64105
                                            Telephone: (816) 471-1700
                                            Facsimile: (816) 471-1701
                                            Email: mitch@burgessandlamb.com

                                            *Additional Plaintiff's Counsel*

## Certificate of Service

      The undersigned hereby certifies a true and correct copy of the foregoing was served via filing with the Court's e-filing service, on this 21st day of March, 2014.

                                                             /s/ Ben Barnow