IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CULLAN AND CULLAN LLC, individually and on behalf of all others similarly situated;<br><br>    Plaintiff,<br><br>  v.<br><br>M-QUBE, INC., a Delaware corporation; MOBILE MESSENGER AMERICAS, INC., a Delaware Corporation; CF ENTERPRISES PTY., LTD., an Australian Company; and JOHN DOES 1-200,<br><br>    Defendants,<br><br>RICHARD GEIER,<br><br>    Intervenor. | **8:13CV172**<br><br><br><br>**ORDER** |

This matter is before the court on its own motion.  There is presently pending a motion for preliminary approval of a purported class-action settlement (Filing No. 83). Consideration of the defendants' motions to dismiss and/or to compel arbitration have been held in abeyance pending resolution of the class-action settlement issue.  *See* Filing No. 79.  For docket control purposes, the motions to dismiss and/or compel arbitration, Filing Nos. 17 and 20, will be dismissed without prejudice to reassertion after resolution of the motion to approve the amended settlement agreement (Filing No. 83).[1] Accordingly,

IT IS ORDERED that defendants' motions to dismiss and/or to compel arbitration (Filing Nos. 17 and 20) are hereby denied without prejudice to reassertion.

DATED this 28th day of March, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

_____

[1] Should the parties seek to reassert the motions at a later date, they need not refile any supporting materials on which they intend to rely, but may incorporate them by reference to the documents' filing numbers.