IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CULLAN AND CULLAN, LLC, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>M-QUBE, INC., et al.,<br><br>     Defendants. | NO. 8:13-cv-00172-JFB-TDT<br><br>Honorable Joseph Bataillon |

### INTERVENOR GEIER'S MOTION FOR LEAVE TO FILE REPLY TO MOBILE MESSENGER'S AND M-QUBE'S RESPONSE TO OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL

  The Mobile Messenger Companies have filed an inaccurate and misleading brief in response to Intervenor Richard Geier's opposition to the pending motion for preliminary approval of the amended settlement. *See* Dkt. No. 91-1. Mr. Geier respectfully requests leave to file a short reply to that brief in order to address the following points:

  1. The Mobile Messenger Companies improperly rely on statements made in compromise negotiations in violation of Rule 408 of the Federal Rules of Evidence.

  2. The Mobile Messenger Companies falsely assert that Mr. Geier agreed to an inferior class settlement.

  3. The Mobile Messenger Companies have submitted a document that indicates the class is comprised of 31 million members, which is ten percent of the entire population of the United States.

- 2 -

RESPECTFULLY SUBMITTED AND DATED this 31st day of March, 2014.

                TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   s/Toby J. Marshall
      Toby J. Marshall, *Admitted Pro Hac Vice*
      Email: tmarshall@tmdwlaw.com
      936 North 34th Street, Suite 300
      Seattle, Washington 98103-8869
      Telephone: (206) 816-6603
      Facsimile: (206) 350-3528

      Matthew Zuchetto, *Admitted Pro Hac Vice*
      Email: matthewzuchetto@mac.com
      THE SCOTT LAW GROUP, P.S.
      926 W. Sprague Ave., Suite 680
      Spokane, Washington 99201
      Telephone: (509) 455-3966
      Facsimile: (509) 455-3906

      Renae D. Steiner
      Email: rsteiner@heinsmills.com
      HEINS MILLS & OLSON, P.L.C.
      310 Clifton Avenue
      Minneapolis, Minnesota 55403
      Telephone: (612) 338-4605

*Attorneys for Intervenor Richard A. Geier*

- 3 -

CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on March 31, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ben Barnow, *Admitted Pro Hac Vice*
>Email: b.barnow@barnowlaw.com
>Erich P. Schork
>Email: e.schork@barnowlaw.com
>Sharon A. Harris, *Admitted Pro Hac Vice*
>Email: s.harris@barnowlaw.com
>BARNOW AND ASSOCIATES, P.C.
>One North LaSalle Street, Suite 4600
>Chicago, Illinois 60602
>Telephone: (312) 621-2000
>Facsimile: (312) 641-5504
>
>Ralph Phalen, *Admitted Pro Hac Vice*
>Attorney at Law
>Email: phalenlaw@yahoo.com
>1000 Broadway, Suite 400
>Kansas City Missouri 64105
>Telephone: (816) 589-0753
>Facsimile: (816) 471-1701
>
>*Proposed Class Counsel*
>
>Richard J. Schicker, Bar No. 13686
>Email: rschicker@teamschick.com
>LAW OFFICES OF RICHARD J. SCHICKER
>2809 South 160th Street, Suite 101
>Omaha, Nebraska 68130
>Telephone: (402) 344-4400
>Facsimile: (402) 344-2581

    Mitchell L. Burgess, *Admitted Pro Hac Vice*
    Email: mitch@burgessandlamb.com
    BURGESS & LAMB, P.C.
    1000 Broadway, Suite 400
    Kansas City, Missouri  64105
    Telephone: (816) 471-1700
    Facsimile: (816) 471-1701

    *Additional Plaintiff's Counsel*

    Ari N. Rothman
    Email: anrothman@venable.com
    Molly T. Cusson, *Admitted Pro Hac Vice*
    Email: mtcusson@venable.com
    VENABLE LAW FIRM
    575 7th Street, NW
    Washington, DC 20004-1601
    Telephone:  (202) 344-4000
    Facsimile:  (202) 344-8300

    John P. Passarelli
    Email: john.passarelli@kutakrock.com
    Paul R. Gwilt
    Email:  paul.gwilt@kutakrock.com
    KUTAK, ROCK LAW FIRM - OMAHA
    1650 Farnam Street
    Omaha, Nebraska  68102-2186
    Telephone:  (402) 346-6000
    Facsimile:  (402) 346-1148

    *Attorneys for Defendant M-Qube and Mobile Messenger Americas, Inc.*

    Carrie S. Dolton
    Email: cdolton@goberhilgers.com
    Michael T. Hilgers
    Email: mhilgers@goberhilgers.com
    GOBER, HILGERS LAW FIRM
    14301 FNB Parkway, Suite 100
    Omaha, Nebraska  68154
    Telephone:  (402) 218-2106
    Facsimile:  (877) 437-5755

    *Attorneys for CF Enterprises Pty. Ltd.*

DATED this 31st day of March, 2014.

- 5 -

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   s/Toby J. Marshall
     Toby J. Marshall, *Admitted Pro Hac Vice*
     Email: tmarshall@tmdwlaw.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103-8869
     Telephone: (206) 816-6603
     Facsimile: (206) 350-3528

*Attorneys for Intervenor Richard A. Geier*