# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CULLAN AND CULLAN LLC,** | |
| Plaintiff and Counter-Defendant, | 8:13CV172 |
| vs. | |
| M-QUBE, INC., a Delaware corporation; MOBILE MESSENGER AMERICAS, Inc., a Delaware corporation; CF ENTERPRISES PTY., LTD., an Australian company; and JOHN DOES 1-200, | ORDER |
| Defendants. | |

The records of the court show that on December 16, 2014, counsel for the plaintiff was notified of his client's failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. **See** Text Entry Filing No. 132. The plaintiff was given fifteen days to file the required statement. As of the close of business on May 5, 2015, the plaintiff has not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED** that, **on or before May 20, 2015**, the plaintiff shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why the plaintiff cannot comply with the rules of the court.

DATED this 6th day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge