IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CULLAN AND CULLAN LLC,** | |
|     **Plaintiff and Counter-Defendant,** | 8:13CV172 |
| vs. | |
| **M-QUBE, INC.,** a Delaware corporation, | ORDER |
|     **Defendant and Counter-Plaintiff,** | |
| and | |
| **MOBILE MESSENGER AMERICAS, INC.,** a Delaware corporation; **CF ENTERPRISES PTY., LTD.,** an Australian company; and **JOHN DOES 1-200,** | |
|     **Defendants.** | |

This matter is before the court on the plaintiff's, Cullan and Cullan LLC, Uncontested Motion for Matters to be Held in Abeyance (Filing No. 149). The plaintiff represents the parties are attempting to finalize a settlement agreement and an abeyance of the class certification deadlines will allow the parties time to finalize the agreement. Upon consideration, the motion is granted. The deadline for the plaintiff to file a class certification motion is terminated and the October 29, 2015, class certification hearing is cancelled. The court will hold a telephone conference **on September 14, 2015, at 10:00 a.m.** to discuss the status of this case. Plaintiff's counsel shall initiate the telephone conference with the undersigned magistrate judge and participating counsel.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge