# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CULLAN AND CULLAN LLC, | |
|     Plaintiff and Counter-Defendant, | 8:13CV172 |
| vs. | ORDER |
| M-QUBE, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation, | |
|     Defendants and Counter-Plaintiffs, | |
| vs. | |
| CF ENTERPRISES PTY., LTD., an Australian company, | |
|     Defendant and Counter-Plaintiff, | |
| vs. | |
| JOHN DOES 1-200, | |
|     Defendants, | |
| and | |
| RICHARD GEIER, | |
|     Intervenor. | |

This matter is before the court following a telephone planning conference on November 6, 2015. Participating in the conference were the following counsel: Ben Barnow and Ralph K. Phalen for Plaintiff and Counter-Defendant Cullan and Cullan, LLC; Ari Rothman for Defendants and Counter-Claimants M-Qube, Inc. and Mobile Messenger Americas, Inc.; Michael Hilgers for Defendant and Counter-Claimant CF Enterprises Pty. Ltd.; and Toby J. Marshall and Matthew J. Zuchetto for Intervenor Richard Geier. Mr. Barnow announced a class settlement agreement had been

reached which needed a few weeks to finalize the terminology. Counsel for the defendants agreed. Accordingly,

**IT IS ORDERED:**

1. The parties shall have until **noon on December 14, 2015**, to file a motion to approve a class settlement in this matter.

2. Any party shall have **ten business days** after the motion is filed to file any objections to such motion.

Dated this 6th day of November, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge