IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CULLAN AND CULLAN, LLC, on behalf of itself and all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>M-QUBE, INC., et al.,<br><br>               Defendants. | NO. 8:13-cv-00172-TDT<br><br>Honorable Thomas D. Thalken |

**STATUS REPORT BY INTERVENOR RICHARD GEIER**

      Intervenor Richard Geier respectfully submits this report to update the Court regarding the status of the lawsuit currently pending against Defendants in the United States District Court for the Western District of Washington, Case No. 2:13-cv-00354-TSZ.

      On February 5, 2016, Mr. Geier filed a petition with the Ninth Circuit Court of Appeals under Rule 23(f), asking the Court to grant an appeal from the order denying Mr. Geier's motion for class certification. On February 16, 2016, Defendants responded to the petition. The case number assigned to the petition is 16-80018, and a decision by the Court of Appeals is forthcoming.

      On February 17, 2016, Mr. Geier filed a renewed motion for class certification with the United States District Court for the Western District of Washington. *See* Wash. Action Dkt. # 206. The deadline for Defendants' response is March 7, 2016. Mr. Geier's reply is due March 11, 2016, and the motion will be submitted for consideration as of that date.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of February, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By:   s/Toby J. Marshall, *Admitted Pro Hac Vice*
     Toby J. Marshall, *Admitted Pro Hac Vice*
     Email: tmarshall@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103-8869
     Telephone: (206) 816-6603
     Facsimile: (206) 319-5450

     Matthew Zuchetto, *Admitted Pro Hac Vice*
     Email: zuchettolaw@gmail.com
     Attorney at Law
     The Empire State Building
     905 West Riverside, Suite 505
     Spokane, Washington 99201
     Telephone: (509) 723-9896

     Renae D. Steiner
     Email: rsteiner@heinsmills.com
     HEINS MILLS & OLSON, P.L.C.
     310 Clifton Avenue
     Minneapolis, Minnesota 55403
     Telephone: (612) 338-4605

*Attorneys for Intervenor Richard A. Geier*

CERTIFICATE OF SERVICE

    I, Toby J. Marshall, hereby certify that on February 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ben Barnow, *Admitted Pro Hac Vice*
>Email:  b.barnow@barnowlaw.com
>Erich P. Schork
>Email: e.schork@barnowlaw.com
>Sharon A. Harris, *Admitted Pro Hac Vice*
>Email:  s.harris@barnowlaw.com
>BARNOW AND ASSOCIATES, P.C.
>One North LaSalle Street, Suite 4600
>Chicago, Illinois  60602
>Telephone:  (312) 621-2000
>Facsimile:  (312) 641-5504
>
>Ralph Phalen, *Admitted Pro Hac Vice*
>Attorney at Law
>Email:  phalenlaw@yahoo.com
>1000 Broadway, Suite 400
>Kansas City Missouri  64105
>Telephone:  (816) 589-0753
>Facsimile:  (816) 471-1701
>
>*Proposed Class Counsel*
>
>Richard J. Schicker, Bar No. 13686
>Email:  rschicker@teamschick.com
>LAW OFFICES OF RICHARD J. SCHICKER
>2809 South 160th Street, Suite 101
>Omaha, Nebraska  68130
>Telephone:  (402) 344-4400
>Facsimile:  (402) 344-2581

Mitchell L. Burgess, *Admitted Pro Hac Vice*
Email: mitch@burgessandlamb.com
BURGESS & LAMB, P.C.
1000 Broadway, Suite 400
Kansas City, Missouri  64105
Telephone: (816) 471-1700
Facsimile: (816) 471-1701

*Additional Plaintiff's Counsel*

Ari N. Rothman
Email: anrothman@venable.com
VENABLE LAW FIRM
575 7th Street, NW
Washington, DC 20004-1601
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

John P. Passarelli
Email: john.passarelli@kutakrock.com
Paul R. Gwilt
Email:  paul.gwilt@kutakrock.com
KUTAK, ROCK LAW FIRM - OMAHA
1650 Farnam Street
Omaha, Nebraska  68102-2186
Telephone:  (402) 346-6000
Facsimile:  (402) 346-1148

*Attorneys for Defendant M-Qube and Mobile Messenger Americas, Inc.*

Carrie S. Dolton
Email: cdolton@goberhilgers.com
Michael T. Hilgers
Email: mhilgers@goberhilgers.com
GOBER, HILGERS LAW FIRM
14301 FNB Parkway, Suite 100
Omaha, Nebraska  68154
Telephone:  (402) 218-2106
Facsimile:  (877) 437-5755

*Attorneys for CF Enterprises Pty. Ltd.*

- 4 -

DATED this 23rd day of February, 2016.

        TERRELL MARSHALL LAW GROUP PLLC

        By:   s/Toby J. Marshall, *Admitted Pro Hac Vice*
            Toby J. Marshall, *Admitted Pro Hac Vice*
            Email: tmarshall@terrellmarshall.com
            936 North 34th Street, Suite 300
            Seattle, Washington 98103-8869
            Telephone: (206) 816-6603
            Facsimile: (206) 319-5450

        *Attorneys for Intervenor Richard A. Geier*