# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CULLAN AND CULLAN LLC, | |
|     Plaintiff and Counter-Defendant, | 8:13CV172 |
| vs. | ORDER |
| M-QUBE, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation, | |
|     Defendants and Counter-Plaintiffs, | |
| vs. | |
| CF ENTERPRISES PTY., LTD., an Australin company, | |
|     Defendant and Counter-Plaintiff, | |
| vs. | |
| JOHN DOES 1-200, | |
|     Defendants, | |
| and | |
| RICHARD GEIER, | |
|     Intervenor. | |

    This matter is before the court sua sponte.

    On December 29, 2014, the plaintiff and two defendants filed a Joint Rule 26(f) Report and Discovery Plan (Filing No. 135). In the Report, the filing parties noted their consent to jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). **See** Filing No. 135 p. 14. Based on the Report, the Clerk of Court reassigned the case to the undersigned magistrate judge for full disposition. **See** Filing No. 136. However, prior to entry of the Report, on January 1, 2014, District Judge Joseph F. Bataillon entered an order granting Richard Geier leave to intervene. **See** Filing No. 74. Since consent to

disposition of this case by a magistrate judge must be unanimous, **see** 28 U.S.C. § 636(c)(2), each party is required to notify the court whether he consents to such assignment or opt to have the case reassigned to a district judge of the court. If all parties consent, the case will remain with the undersigned magistrate judge, pursuant to 28 U.S.C. § 636(c)(1). If all parties do not consent, the case will be reassigned to a district judge, and a magistrate judge will handle all nondispositive pretrial matters. Accordingly,

**IT IS ORDERED:**

The parties shall have until **June 1, 2016**, to indicate whether the parties consent to disposition of the case by a magistrate judge. The parties may indicate their consent by filing a completed Consent to Exercise Jurisdiction form, which is posted on the court's website, www.ned.uscourts.gov/forms/. If no such form is timely filed, the case will be reassigned to a district judge, and the magistrate judge will handle all nondispositive pretrial matters.

Dated this 5th day of May, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge