IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CULLAN AND CULLAN LLC, individually and on behalf of all others similarly situated;

Plaintiff,

v.

M-QUBE, Inc. a Delaware corporation; MOBILE MESSENGER AMERICAS, Inc., a Delaware Corporation; CF ENTERPRISES PTY., Ltd., an Australian Company; and JOHN DOES 1-200,

Defendants.

8:13CV172

**JUDGMENT**

Pursuant to the Memorandum and Order entered this date,

IT IS ORDERED:

1. Judgment in the amount of $485,000 is entered in favor of Representative Plaintiff Cullan and Cullan, LLC, and against defendants m-Qube, Inc. (now known as Post SMS Co. Qube, Inc.) and Mobile Messenger Americas, Inc. (now known as Post SMS Co. Americas, Inc.), for attorney fees, costs, and expenses.

2. Judgment in the amount of $125,000 is entered in favor of Representative Plaintiff Cullan and Cullan, LLC, and against defendant CF Enterprises Pty., Ltd., for attorney fees, costs, and expenses.

3. Judgment in the amount of $2,500 is entered in favor of Representative Plaintiff Cullan and Cullan, LLC, and against defendants m-Qube, Inc. (now known as Post SMS Co. Qube, Inc.) and Mobile

Messenger Americas, Inc. (now known as Post SMS Co. Americas, Inc.), for a service award.

4.  Judgment in the amount of $2,500 is entered in favor of Representative Plaintiff Cullan and Cullan, LLC, and against defendant CF Enterprises, Pty., Ltd., for a service award.

Dated this 16th day of March, 2017.

BY THE COURT:

s/ Joseph F. Bataillon  
Senior United States District Judge