IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CULLAN AND CULLAN LLC, individually and on behalf of all others similarly situated; <br><br> Plaintiff, <br><br> vs. <br><br> M-QUBE, Inc. a Delaware corporation; MOBILE MESSENGER AMERICAS, Inc., a Delaware Corporation; CF ENTERPRISES PTY., Ltd., an Australian Company; and JOHN DOES 1-200, <br><br> Defendants. | **8:13CV172** |
| DURWIN SHARP, on behalf of himself and all others similarly situated; JOSEPH PONZO, on behalf of himself and all others similarly situated; KATHRYN MEYERS, on behalf of herself and all others similarly situated; and JOSHUA WHIPP, on behalf of himself and all others similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> WATTS REGULATOR CO., <br><br> Defendant. | **8:16CV200** <br><br><br><br><br><br> **ORDER** |

This matter is before the court on a purported motion to intervene titled "Notice To Intervene as of Right (Fed. R. Civ. P. 24) and Claim" filed by Frederick Banks in each of the above captioned cases, Filing No. 212 in 8:13cv172; Filing No. 169 in 16cv200. The documents appear to be claims under the class action settlements in

these cases.  The court has entered Orders of Final Approval of Class Settlements and Judgments for attorney fees in both cases.  The actions have been dismissed.  The court cannot afford the claimant the relief he requests.  Accordingly,

IT IS ORDERED that Intervenor Frederick Banks's motions to intervene (Filing No. 212 in 8:13cv172; Filing No. 169 in 8:16cv200) are denied.

Dated this 8th day of September, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge